PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
CHRISTOPHER D. VIEIRA, CSBN 273781
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4808
    E-Mail: christopher.vieira@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSE ASCENCION DUENAS,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-00186-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

    IT IS STIPULATED by and between Plaintiff Jose Duenas ("Plaintiff") and Defendant Martin O'Malley, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

STIPULATION TO REMAND

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  March 18, 2024                    Respectfully submitted,

/s/ *Kevin D. Heitke*\*
(*as authorized via e-mail on Mar. 15, 2024)
KEVIN D. HEITKE
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/ *Christopher Vieira*
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Attorneys for Defendant

### [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

IT IS SO ORDERED.

Dated:   April 4, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE