UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ASCENCION DUENAS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　Defendant. | Case No. 2:24-cv-00186-JDP<br><br>[PROPOSED] ORDER AWARDING PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based on the parties' stipulation for the payment of fees and costs pursuant to the Equal Access to Justice Act:

IT IS ORDERED that fees in the amount of $828.24 (Eight Hundred Twenty-Eight and 24/100 dollars) as authorized by 28 U.S.C. §2412, and costs in the amount of $405.00 (Four Hundred Five Dollars) as authorized by 28 U.S.C. §1920, be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   May 9, 2024

　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE